AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Sherman Kelvin Combs | ) | 5:22-MJ-5248 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 27_____ in the county of _____Harrison_____ in the _____Eastern_____ District of _____Kentucky_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(8) | Prohibited Person in Possession of a Firearm (Domestic Violence Order) |

This criminal complaint is based on these facts:

See attached affidavit of ATF SA Sabrina Hager

☑ Continued on the attached sheet.

/s/ Sabrina Hager
*Complainant's signature*

Sabrina Hager, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____07/07/2022_____

*Judge's signature*

City and state: _____Lexington, KY_____

Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*