# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO. 22-136-DCR**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.    **NOTICE OF APPEAL BY UNITED STATES** | |
| SHERMAN KELVIN COMBS | DEFENDANT |

\* \* \* \* \*

    The United States appeals to the United States Court of Appeals for the Sixth Circuit from the Order (R. 33) entered on February 2, 2023, granting in part, and denying in part the motion of the Defendant, Sherman Kelvin Combs, to dismiss the Indictment.

    Respectfully submitted,

    CARLTON S. SHIER, IV
    UNITED STATES ATTORNEY

    CHARLES P. WISDOM JR.
    CHIEF, APPELLATE DIVISION

By:    s/ Francisco J. Villalobos, II
    Assistant United States Attorney
    260 W. Vine Street, Suite 300
    Lexington, Kentucky 40507-1612
    (859) 685-4896
    Francisco.Villalobos@usdoj.gov

## CERTIFICATE OF SERVICE

On February 8, 2023, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all attorneys of record.

s/ Francisco J. Villalobos, II<br>
Assistant United States Attorney

CERTIFICATE OF SERVICE

On February 8, 2023, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all attorneys of record.

s/ Francisco J. Villalobos, II
Assistant United States Attorney

2